**VERSATUBE CORPORATION,
Petitioner,**

v.

**NATIONAL LABOR RELATIONS
BOARD, Respondent.**

**No. 73–1630.**

United States Court of Appeals,
Sixth Circuit.

Argued Jan. 4, 1974.

Decided March 19, 1974.

Clark, Hardy, Lewis & Fine, Dennis R. Pollard, Charles L. Fine, Birmingham, Mich., on brief, for petitioner.

Peter G. Nash, Gen. Counsel, John S. Irving, Deputy Gen. Counsel, Patrick Hardin, Associate Gen. Counsel, Elliott Moore, Deputy Associate Gen. Counsel, Robert G. Sewell, Julius Rosenbaum, Attys., National Labor Relations Board, Washington, D. C., on brief, for respondent.

Before PHILLIPS, Chief Judge, and EDWARDS and ENGEL, Circuit Judges.

### ORDER

The case is before the Court upon the petition of Versatube Corporation to review an order of the National Labor Relations Board and upon the cross-petition of the Board to enforce the order. The decision and order of the Board are reported at 203 N.L.R.B. No. 87 (1973).

The Court holds that the findings of fact of the Board are supported by substantial evidence on the record considered as a whole. These findings of fact justify the legal conclusions reached by the Board.

Accordingly, it is ordered that the order of the Board be, and hereby is, enforced.

**NATIONAL LABOR RELATIONS
BOARD, Petitioner,**

v.

**CARBIDE TOOLS, INC., Respondent.**

**No. 73–2115.**

United States Court of Appeals,
Sixth Circuit.

March 22, 1974.

Elliott Moore, Deputy Associate Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

No counsel for respondent.

Before PHILLIPS, Chief Judge, and PECK and LIVELY, Circuit Judges.

### ORDER

This cause is before the court upon the motion of the National Labor Relations Board for entry of judgment by default enforcing its order herein;

And it appearing that the Board's application for enforcement of its order was filed in this court on November 1, 1973, but that Respondent has failed to file an answer thereto as required by Rule 15, Federal Rules of Appellate Procedure,

It is ordered that the Petitioner's motion for judgment by default be and it hereby is granted and that the order of the National Labor Relations Board herein be and it hereby is enforced.